Certificate Number: 17082-MSN-DE-040725559

Bankruptcy Case Number: 26-10767



17082-MSN-DE-040725559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2026, at 1:29 o'clock AM MST, ANDRES LOYA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:  March 12, 2026      By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director