**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO:** |
| **ANDRES LOYA** | **26-10767-JDW** |
| **xxx-xx-3372** | |

**ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE**

The Court has been advised by the Chapter 13 Trustee that the wage order issued to HARBISON WALKER INTERNATIONAL should be released.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to cease deductions from the Debtor's wages.

HARBISON WALKER INTERNATIONAL
ATTN PAYROLL / GARNISHMENTS
2000 PARK LANE
SUITE 400
PITTSBURGH, PA 15275

IT IS FURTHER ORDERED, that HARBISON WALKER INTERNATIONAL, is to remit any funds presently held to the Chapter 13 Trustee.

**REMITTANCE BY CHECK**
Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

**REMITTANCE BY ELECTRONIC PAYMENT**
TFS EMPLOYER PAY
www.tfsbillpay.com/employer
TFS Bill Pay: 888-800-0294

**##END OF ORDER##**

Submitted by:
Locke D. Barkley, Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661